**People of the State of Illinois, Plaintiff-Appellee,
v. John O'Neal, Defendant-Appellant.**

**Gen. No. 54,221.**

First District, First Division.

March 16, 1970.

Gerald W. Getty, Public Defender of Cook County, of Chicago, for appellant; Edward V. Hanrahan, State's Attorney of Cook County, of Chicago, for appellee. Opinion by PRESIDING JUSTICE BURMAN. Not to be published in full.